CHARLES S. HIRSCH and Others, Copartners, etc., Appellants, v. ADOLPH M. MOSS, Respondent.

Appeal from a judgment entered on the verdict of a jury, and also from an order denying a motion for a new trial.

PER CURIAM: We are of opinion that the finding of the jury that the purchase of the Cerro de Pasco Copper Company stock was not ordered by the defendant is against the weight of the evidence. The judgment and order appealed from are, therefore, reversed and a new trial ordered, with costs to appellant to abide the event. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ. Judgment and order reversed, new trial ordered, costs to appellant to abide event.

---

MORRIS ADELSTEIN, Respondent, v. OLIVER G. FESSENDEN, as President of JEWELERS' PROTECTIVE UNION, etc., Appellant, Impleaded with Others.

Appeal from an order denying a motion to preclude the plaintiff from giving testimony.

PER CURIAM: The order appealed from should be reversed, with ten dollars costs and disbursements, and motion granted to the extent of precluding plaintiff from giving evidence of representations or threats made to any person other than himself or the attorneys specifically named in his bill of particulars, and also from giving evidence of representations or threats made by any persons other than Messrs. Thornhill and Graham, specifically named in the bill of particulars. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in opinion. Order to be settled on notice.